**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2244**

DAVID P. SHURLAND,

          Plaintiff - Appellant,

    v.

AIR FORCE BOARD FOR CORRECTION OF MILITARY RECORDS,

          Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:18-cv-00770-REP-DJN)

Submitted: January 23, 2019                    Decided: January 28, 2020

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David P. Shurland, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Shurland appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Defendant in his complaint seeking judicial review of the Defendant's denial of his application to correct his military records. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*